UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT MITCHELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>TORRIE CARDER and LUZ A. RIVERA,<br><br>             Defendants. | NO.  CV-08-083-FVS<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION/TEMPORARY RESTRAINING ORDER |

   BEFORE THE COURT is Plaintiff's document titled, "Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order," which the court liberally construes as a Motion for Preliminary Injunction and/or Temporary Restraining Order (Ct. Rec. 29), received on May 7, 2008.  Plaintiff, a prisoner at the Monroe Correctional Complex is proceeding *pro se* and *in forma pauperis*; Defendants have not been served in this action.

   Plaintiff noted his motion for hearing with oral argument on May 9, 2008.  Under LR 7.1(h)(2), Local Rules for the Eastern District of Washington, the court finds oral argument is unwarranted.  Therefore, the Motion was heard without oral argument on the date signed below.

   Plaintiff is advised the court has no jurisdiction to address his motion until he has filed a legally sufficient complaint. See

ORDER DENYING MOTION -- 1

generally Fed. R. Civ. P. 3 and the notes following the rule.  By Order filed May 5, 2008 (Ct. Rec. 26), the court advised Plaintiff of the deficiencies of his initial complaint and directed him to amend or voluntarily dismiss this action.  The present complaint is not legally sufficient.  The court notes further that Defendants are not parties to a suit before being served with process, see Neals v. Norwood, 59 F.3d 530, 532 (5th Cir. 1995).  Consequently, the court is without authority to direct their conduct.

Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 29) is **DENIED without prejudice** to filing a new motion once Plaintiff has filed a legally sufficient complaint.  Plaintiff should be careful to present his caption in an orderly fashion.  The tile of the document (i.e., Motion) should be exclusively on the right side of the caption, while the parties names are exclusively listed on the left.  There should be no overlap between the two.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this     9th    day of May 2008.

                              s/ Fred Van Sickle
                              FRED VAN SICKLE
                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION -- 2