UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT MITCHELL,<br><br>              Plaintiff,<br><br>  vs.<br><br>TORRIE CARDER, DOCTOR FLECK, and C.U.S. RANDOLF,<br><br>              Defendants. | NO. CV-08-083-FVS<br><br>ORDER DISMISSING FIRST AMENDED COMPLAINT AND DENYING MOTION FOR SUMMARY JUDGMENT<br><br>**1915(g)** |

    BEFORE THE COURT are Plaintiff's fourth "First Amended Complaint" (Ct. Rec. 60) and a Motion for Summary Judgment (Ct. Rec. 61), which he noted for hearing without oral argument on July 21, 2008.  It was heard on the date signed below.  Plaintiff, a prisoner at the Monroe Correctional Complex, is proceeding *pro se* and *in forma pauperis;* Defendants have not been served.

    An amended complaint functions as a complete substitute for, and not a mere supplement to, any prior complaint.  Therefore any allegations not presented in the First Amended Complaint received on June 30, 2008, are deemed to have been waived. *Hal Roach Studios v. Richard Feiner & Co.,* 896 F.2d 1542, 1546 (9th Cir. 1990)("an amended pleading supersedes the original"); *King v. Atiyeh,* 814 F.2d 565 (9th Cir. 1987).

ORDER DISMISSING FIRST AMENDED COMPLAINT AND DENYING MOTION FOR SUMMARY JUDGMENT -- 1

After review of this fourth "First Amended Complaint" (Ct. Rec. 60), the court finds it fails to cure the deficiencies of the initial complaint. Plaintiff did not present it on the form provided to him as directed in the Order to Amend (Ct. Rec. 26).

In this amended complaint, Mr. Mitchell claims Defendant Torrie Carder knows the names of persons who allegedly interfered with his mail at the Washington State Penitentiary. He contends Defendant C.U.S. Randolf issued a memo which quoted WAC Rules, and instructed Plaintiff not to forward mail through his mother. Plaintiff alleges nothing against Dr. Fleck.

Although granted numerous opportunities to do so, Plaintiff has failed to present a complaint which states a claim upon which relief may be granted against named Defendants. Ivey v. Board of Regents, 673 F.2d 266, 268 (9th Cir. 1982); See Hamilton v. Endell, 981 F.2d 1062, 1067 (9th Cir. 1992). Therefore, **IT IS ORDERED** the First Amended Complaint (Ct. Rec. 60) is **DISMISSED with prejudice** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). **IT IS FURTHER ORDERED** Plaintiff's Motion for Summary Judgment (Ct. Rec. 61) is **DENIED as moot.**

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915**. **This dismissal**

ORDER DISMISSING FIRST AMENDED COMPLAINT AND DENYING MOTION FOR SUMMARY JUDGMENT -- 2

**of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

   **DATED** this   7th   day of August 2008.


                                    s/ Fred Van Sickle
                                    FRED VAN SICKLE
                          SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING FIRST AMENDED COMPLAINT AND DENYING MOTION FOR SUMMARY JUDGMENT -- 3